ROSE CORRIGAN, an Infant, etc., by ROSE CORRIGAN, Her Guardian ad Litem,

Respondent, v. EDISON ELECTRIC ILLUMINATING COMPANY OF BROOKLYN, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Manning and Young, JJ.